B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **KAP Graphics, Inc.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **AKA KAP Tag & Label; AKA The Bindery Ltd.** | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| **36-2738372** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **169 N. Archer Avenue** <br> **Mundelein, IL** | |
| ZIP Code **60060** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Lake** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **KAP Graphics, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**KAP Graphics, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Stuart P. Krauskpopf**
Signature of Attorney for Debtor(s)

**Stuart P. Krauskpopf**
Printed Name of Attorney for Debtor(s)

**The Law Offices of Stuart P. Krauskopf**
Firm Name

**414 N. Orleans, Suite 210**
**Chicago, IL 60654**

_____
Address

**Email: stu@stuklaw.com**
**312-377-9592  Fax: 312-264-5618**
Telephone Number

**February 14, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Tim Keefe**
Signature of Authorized Individual

**Tim Keefe**
Printed Name of Authorized Individual

**Secretary / Treasurer**
Title of Authorized Individual

**February 14, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

```
24 Seven Discovere
222 North LaSalle Street
Suite 1930
Chicago, IL 60601


328 S. Jefferson LLC
328 S. Jefferson
Chicago, IL 60661


328 S. Jefferson LLC
c/o Jay K. Levy & Associates
155 Revere Drive, Suite 2
Northbrook, IL 60062


A&H Lithoprint
2540 S. 27th Ave.
Broadview, IL 60155


Ace Stamp Works
328 South Jefferson
Suite 219
Chicago, IL 60661


Aflac
414 N. Orleans St., #601
Chicago, IL 60654


AJ Adhesives, Inc.
4800 Miami Street
Saint Louis, MO 63116


Aleyant Systems, LLC
P.O. Box 641
Wheaton, IL 60187


Allied Waste Services #710
PO Box 9001154
Louisville, KY 40290-1154


Bank Of America
P.O. Box 982235
El Paso, TX 79998-2235
```

```
Blue Cross Blue Shield of Illinois
PO Box 1186
Chicago, IL 60690-1186


CDW
PO Box 75723
Chicago, IL 60675-5723


Chas H. Luck Envelope, Inc.
10551 Anderson Place
Franklin Park, IL 60131


Chicago Silk Screen Supply & Co Inc
882 North Milwaukee Avenue
Chicago, IL 60642


CM Financial
2333 Waukegan Road
Bannockburn, IL 60015


Comcast Cable
One Comcast Center
Philadelphia, PA 19103


CoolerSmart
145 Tower Drive, Unit 10
Burr Ridge, IL 60527


Document Technologies
105 West Adams Street, Suite 1200
Chicago, IL 60603


E & H Graphic Service
21750 Main Street
Unit 21
Matteson, IL 60443


Eagle Printing & Thermographing Co.
2894 North Milwaukee Avenue
Chicago, IL 60618


FedEx
PO Box 94515
Palatine, IL 60094-4515
```

Grand Printing & Graphics
913 East High Street
Mundelein, IL 60060


Graphic 14 Paper
948 Tower Road
Mundelein, IL 60060


Graphic Image Corporation
2035 West Grand Avenue
Chicago, IL 60612


Graphic Partners
4300 IL Route 173
Zion, IL 60099


Haapanen Brothers, Inc.
1400 Saint Paul Avenue
Gurnee, IL 60031


Hawley Partners
c/o Sigma Services Corp
165 N. Archer Ave.
Mundelein, IL 60060


HSBC
P.O. Box 49352
San Jose, CA 95161


Identification Products Mfg. Co.
27885 Irma Lee Circle
#105
Lake Forest, IL 60045


IKON Financial Services
Attn: Rusty E. Sawyer
1738 Bass Road, Building 3
Macon, GA 31210


IL Dept. of Employment Security
PO Box 803412
Chicago, IL 60680-3412

IL Dept. of Employment Security
401 South State Street
Chicago, IL 60605


IL Dept. of Employment Security
PO Box 3637
Springfield, IL 62708-3637


Infocomm
213 West Institute Place
Suite 604
Chicago, IL 60610


IRS
PO Box 145566
Cincinnati, OH 45250-5566


Johne Perlick
6407 Hoffman Court
Morton Grove, IL 60053


Jorson & Carlson Co.
1501 Pratt Boulevard
PO Box 796
Elk Grove Village, IL 60007


Konica Minolta Danka
154 Alexandra Way
Carol Stream, IL 60188


Lincoln Financial Group
570 Golden Valley Lane
Algonquin, IL 60102


Lindenmeyr Munroe
112 Alexandra Way
Carol Stream, IL 60188


Maxwell Transport
PO Box 318
Medinah, IL 60157

```
Mid-American Printing Systems, Inc.
400 South Jefferson Street
#300
Chicago, IL 60607-3812


Minuteman Press
1249 North Clybourn Avenue
Chicago, IL 60618


Mowery & Schoenfeld
475 Half Day Road
Suite 250
Lincolnshire, IL 60069


Nicholas Black
19724 Hidden Meadow Trail
Goshen, IN 46528


North Light Color
5008 Hillsboro Avenue N
New Hope, MN 55428


Paulson's Litho
904 Cambridge Drive
Elk Grove Village, IL 60007


Pitman
221 Covington Drive
Bloomingdale, IL 60108


Platinum Converting
851 Expressway Drive
Itasca, IL 60143


PNC Bank


PNC Bank
469 N. Seymour
Mundelein, IL 60060


Practical Packaging Solutions
3851 West Devon
Chicago, IL 60659
```

Republic Services
2101 S. Busse Road
Mount Prospect, IL 60056


Rickard Circular Folding Company
325 North Ashland Avenue
Chicago, IL 60607


Shell Oil Company
P.O. Box 2463
Houston, TX 77252


South Central Bank
Attn: Joe Mascio
525 West Roosevelt Road
Chicago, IL 60607


Superior Fomebords
2700 West Grand Avenue
Chicago, IL 60612


The Digital Hub, LLC
1040 North Halsted Street
Chicago, IL 60622


The Hartford Financial Services
Group, Inc.
One Hartford Plaza
Hartford, CT 06155


The Mailing Department
715 South Vermont Street
Palatine, IL 60067-7138


The Printing Factory
407 Washington Boulevard, #C
Mundelein, IL 60060


The Zell Company
329 West 18th Street
Suite 507
Chicago, IL 60616

```
Tim Keefe
222 N. Grove Ave., #1G
Oak Park, IL 60302


ULINE Shipping Supply
2200 South Lakeside Drive
Waukegan, IL 60085


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Viking Printing
c/o Allegiant Business Finance
600 University Street, Suite 2328
Seattle, WA 98101


Village Press, Inc.
124 E. Church Street
Libertyville, IL 60048


Xerox Corp
1501 E. Woodfield, Suite 200E
Schaumburg, IL 60173


XO Communications
14239 Collections Center Drive
Chicago, IL 60693
```