# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: KAP GRAPHICS, INC. | § Case No. 12-05290-ABG |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 14, 2012. The undersigned trustee was appointed on February 14, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $         23,075.10

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 10,500.00 |
   | Administrative expenses | 62.70 |
   | Bank service fees | 1,706.44 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 10,805.96 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/07/2014 and the deadline for filing governmental claims was 08/12/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,057.51. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,057.51, for a total compensation of $3,057.51.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/17/2017           By: /s/ILENE F. GOLDSTEIN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-05290-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** KAP GRAPHICS, INC.  **Filed (f) or Converted (c):** 02/14/12 (f)
  **§341(a) Meeting Date:** 03/16/12
**Period Ending:** 05/17/17  **Claims Bar Date:** 05/07/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | JP Morgan Chase & Co. - The Bindery Ltd - xxx187<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | JP Morgan Chase & Co. - KAP Graphics, Inc. - Pay<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 88.28 | 88.28 | | 0.00 | FA |
| 3 | JP Morgan Chase & Co. - KAP Graphics, Inc. - xxx<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | JP Morgan Chase & Co. - KAP Tag & Label - xxx403<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Outstanding receivables for KAP Graphic, The Bin<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 150,000.00 | 150,000.00 | | 23,075.10 | FA |
| 6 | 2002 Chevy Express G3 - 290,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | 5 two-stack heavy shelving<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 | | 0.00 | FA |
| 8 | 25 file cabinets<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 250.00 | 250.00 | | 0.00 | FA |
| 9 | Refrigerator<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 50.00 | 50.00 | | 0.00 | FA |
| 10 | Soda machine<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 100.00 | 100.00 | | 0.00 | FA |
| 11 | 9 desktop computers<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 | | 0.00 | FA |
| 12 | Miscellaneous office items e.g. adding machines, | 500.00 | 500.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-05290-ABG  
**Case Name:** KAP GRAPHICS, INC.

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/14/12 (f)  
**§341(a) Meeting Date:** 03/16/12

**Period Ending:** 05/17/17  
**Claims Bar Date:** 05/07/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 15 |  |  |  |  |  |
| 13 | 8 desks, 1 conference room table, and 10 chairs<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 |  | 0.00 | FA |
| 14 | 8 portable wall dividers<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 200.00 |  | 0.00 | FA |
| 15 | 40-inch power cutter<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 2,000.00 | 2,000.00 |  | 0.00 | FA |
| 16 | 24 station collater stitcher<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 3,000.00 | 3,000.00 |  | 0.00 | FA |
| 17 | 2 36-inch folding machines with right angles<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 3,000.00 | 3,000.00 |  | 0.00 | FA |
| 18 | 1 power lift truck<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 200.00 |  | 0.00 | FA |
| 19 | 1 pallet truck<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 200.00 |  | 0.00 | FA |
| 20 | Shipping equipment<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 350.00 | 350.00 |  | 0.00 | FA |
| 21 | Binding plastic GBC<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 200.00 |  | 0.00 | FA |
| 22 | Miscellaneous paper<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 300.00 | 300.00 |  | 0.00 | FA |
| 22 | Assets   Totals (Excluding unknown values) | **$162,938.28** | **$162,938.28** |  | **$23,075.10** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-05290-ABG  
**Case Name:** KAP GRAPHICS, INC.  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/14/12 (f)  
**§341(a) Meeting Date:** 03/16/12  

**Period Ending:** 05/17/17  
**Claims Bar Date:** 05/07/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE COMPLETED COLLECTING ACCOUNT RECEIVEABLES.  THE TRUSTEE SETTLED A SECURED CREDITOR CLAIM WHICH FREED UP ASSETS FOR A DISTRIBUTION.  THE TRUSTEE FILED HER TAX RETURNS ON DECEMBER 2, 2015 AND IS WAITING FOR A 505(b) DETERMINATION.  THE TRUSTEE IS CLOSING THE ESTATE.

STATUS jANUARY 2017. tHE TRUSTEE DIFFICULTY WITH VARIOUS CHARGES THAT THE TAXING AUTHORITIES OR ATTEMPTING TO MAKE ON THIS ON THIS DEBTOR AND THE ESTATE. tHE TRUSTEE FINALLY AFTER NUMEROUS TIMES HAS CONVINCED THE TAXING AUTHORITIES THAT THE TAXES WERE CORRECTLY FILED AND THERE SHOULD BE NO PENALTIES.

tHE TRUSTEE IS PREPARING HER FINAL REPORT AND ACCOUNT AND SHOULD HAVE THIS ON FILE BY aPRIL 2017

**Initial Projected Date Of Final Report (TFR):**  December 31, 2014         **Current Projected Date Of Final Report (TFR):**  June 30, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-05290-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | KAP GRAPHICS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******37-66 - Checking Account |
| Taxpayer ID #: | **-***8372 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/17/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/26/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 97.00 | | 97.00 |
| 03/26/12 | {5} | Easter Seals Greater Washington-Baltimore Region Inc | ACCOUNTS RECEIVABLE | 1121-000 | 253.00 | | 350.00 |
| 03/26/12 | {5} | Gateway Marketing Interactive | ACCOUNTS RECEIVABLE | 1121-000 | 1,789.80 | | 2,139.80 |
| 03/26/12 | {5} | The University of Chicago | ACCOUNTS RECEIVABLE | 1121-000 | 55.00 | | 2,194.80 |
| 03/26/12 | {5} | Easter Seals Inc | ACCOUNTS RECEIVABLE | 1121-000 | 45.00 | | 2,239.80 |
| 03/26/12 | {5} | Ragan Communications Inc | ACCOUNTS RECEIVABLE | 1121-000 | 542.00 | | 2,781.80 |
| 03/26/12 | {5} | Easter Seals Greater Washington-Baltimore Region Inc | ACCOUNTS RECEIVABLE | 1121-000 | 72.00 | | 2,853.80 |
| 03/26/12 | {5} | The Hartford | ACCOUNTS RECEIVABLE | 1121-000 | 13,911.00 | | 16,764.80 |
| 03/26/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 314.00 | | 17,078.80 |
| 03/26/12 | {5} | De Paul University | ACCOUNTS RECEIVABLE | 1121-000 | 401.00 | | 17,479.80 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 17,454.80 |
| 04/20/12 | {5} | Care Choice Home Health Inc | ACCOUNTS RECEIVABLE | 1121-000 | 156.00 | | 17,610.80 |
| 04/20/12 | {5} | The University of Chicago | ACCOUNTS RECEIVABLE | 1121-000 | 147.00 | | 17,757.80 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.67 | 17,723.13 |
| 05/17/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 952.00 | | 18,675.13 |
| 05/29/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 157.00 | | 18,832.13 |
| 05/29/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 2,175.00 | | 21,007.13 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.95 | 20,966.18 |
| 06/15/12 | {5} | OCE Business Services Inc | ACCOUNTS RECEIVABLE | 1121-000 | 210.00 | | 21,176.18 |
| 06/15/12 | {5} | The University of Chicago | ACCOUNTS RECEIVABLE | 1121-000 | 208.00 | | 21,384.18 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.84 | 21,342.34 |
| 07/17/12 | {5} | The Hartford | ACCOUNTS RECEIVABLE | 1121-000 | 354.30 | | 21,696.64 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.96 | 21,649.68 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.84 | 21,603.84 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.31 | 21,562.53 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.60 | 21,513.93 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.08 | 21,469.85 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.52 | 21,427.33 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 21,427.33 | 0.00 |
| | | | ACCOUNT TOTALS | | 21,839.10 | 21,839.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,427.33 | |
| | | | Subtotal | | 21,839.10 | 411.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $21,839.10 | $411.77 | |

{} Asset reference(s)                         Printed: 05/17/2017 10:59 AM    V.13.30

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-05290-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | KAP GRAPHICS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5666 - Checking Account |
| Taxpayer ID #: | **-***8372 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/17/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,427.33 | | 21,427.33 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.86 | 21,394.47 |
| 02/26/13 | 10101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #12-05290, Bond Number 016026455 | 2300-000 | | 19.46 | 21,375.01 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.71 | 21,346.30 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.68 | 21,316.62 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.70 | 21,283.92 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.63 | 21,252.29 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.52 | 21,223.77 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.57 | 21,190.20 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.47 | 21,159.73 |
| 09/03/13 | {5} | First American Title | Account receivable | 1121-000 | 1,171.00 | | 22,330.73 |
| 09/03/13 | {5} | First American Title | Account Receivable | 1121-000 | 65.00 | | 22,395.73 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.84 | 22,364.89 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.38 | 22,329.51 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.97 | 22,299.54 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.28 | 22,264.26 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.08 | 22,231.18 |
| 02/25/14 | 10102 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-05290, Bond Premium Voided on 03/07/14 | 2300-000 | | 28.45 | 22,202.73 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.84 | 22,172.89 |
| 03/07/14 | 10102 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-05290, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -28.45 | 22,201.34 |
| 03/07/14 | 10103 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-05290, Bond Premium Voided on 03/10/14 | 2300-000 | | 22.96 | 22,178.38 |
| 03/10/14 | 10103 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-05290, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -22.96 | 22,201.34 |
| 03/10/14 | 10104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 22.96 | 22,178.38 |

|  |  | Subtotals : | $22,663.33 | $484.95 |
|---|---|---|---|---|

{} Asset reference(s)    Printed: 05/17/2017 10:59 AM    V.13.30

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-05290-ABG  
**Case Name:** KAP GRAPHICS, INC.  

**Taxpayer ID #:** **-***8372  
**Period Ending:** 05/17/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 03/10/2014 FOR CASE #12-05290, Bond Premium | | | | |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.85 | 22,147.53 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.98 | 22,113.55 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.80 | 22,081.75 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.70 | 22,051.05 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.89 | 22,016.16 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.60 | 21,985.56 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.73 | 21,951.83 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.62 | 21,919.21 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.37 | 21,890.84 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.68 | 21,855.16 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.43 | 21,823.73 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.29 | 21,794.44 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.43 | 21,761.01 |
| 04/03/15 | 10105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #12-05290, Bond | 2300-000 | | 11.91 | 21,749.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.29 | 21,717.81 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.19 | 21,687.62 |
| 06/08/15 | 10106 | South Central Bank | Settlement of Secured Claim | 4210-000 | | 10,500.00 | 11,187.62 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.27 | 11,154.35 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.10 | 11,134.25 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.48 | 11,118.77 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.05 | 11,101.72 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.96 | 11,085.76 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.41 | 11,070.35 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.51 | 11,052.84 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 11,037.52 |
| 02/22/16 | 10107 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #12-05290 | 2300-000 | | 5.06 | 11,032.46 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.30 | 11,017.16 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.38 | 10,999.78 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.25 | 10,984.53 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.23 | 10,969.30 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.30 | 10,952.00 |

Subtotals: $0.00 $11,226.38

{} Asset reference(s)

Printed: 05/17/2017 10:59 AM V.13.30

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 12-05290-ABG  
**Case Name:** KAP GRAPHICS, INC.  

**Taxpayer ID #:** **-***8372  
**Period Ending:** 05/17/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.18 | 10,936.82 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.25 | 10,919.57 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.66 | 10,903.91 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.11 | 10,888.80 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.66 | 10,872.14 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.59 | 10,856.55 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.65 | 10,839.90 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.55 | 10,825.35 |
| 03/02/17 | 10108 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290  Voided on 03/02/17 | 2300-000 | | 3.31 | 10,822.04 |
| 03/02/17 | 10108 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290  Voided: check issued on 03/02/17 | 2300-000 | | -3.31 | 10,825.35 |
| 03/02/17 | 10109 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290  Voided on 03/02/17 | 2300-000 | | 3.31 | 10,822.04 |
| 03/02/17 | 10109 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290  Voided: check issued on 03/02/17 | 2300-000 | | -3.31 | 10,825.35 |
| 03/02/17 | 10110 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290, Bond | 2300-000 | | 3.31 | 10,822.04 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.08 | 10,805.96 |
| | | | **ACCOUNT TOTALS** | | 22,663.33 | 11,857.37 | **$10,805.96** |
| | | | Less: Bank Transfers | | 21,427.33 | 0.00 | |
| | | | **Subtotal** | | 1,236.00 | 11,857.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,236.00** | **$11,857.37** | |

{} Asset reference(s)

Printed: 05/17/2017 10:59 AM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 12-05290-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** KAP GRAPHICS, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5666 - Checking Account |
| **Taxpayer ID #:** **-***8372 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/17/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ****-******37-66** | 21,839.10 | 411.77 | 0.00 |
| **Checking # ******5666** | 1,236.00 | 11,857.37 | 10,805.96 |
| | $23,075.10 | $12,269.14 | $10,805.96 |

{} Asset reference(s)                                       Printed: 05/17/2017 10:59 AM     V.13.30

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 7, 2014

**Case Number:** 12-05290-ABG  
**Debtor Name:** KAP GRAPHICS, INC.

Page: 1

**Date:** May 17, 2017  
**Time:** 10:59:33 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,057.51 | $0.00 | 3,057.51 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,138.82 | $0.00 | 2,138.82 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,045.00 | $0.00 | 3,045.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $90.57 | $0.00 | 90.57 |
| 2<br>520 | Carlo N Fajardo<br>4056 N Oketo Ave<br>Norridge, IL 60706 | Priority | History: Details2-103/08/2012Claim #2 filed by Carlo N Fajardo, Amount claimed: $2489.00 (Cox, Adam )<br>----------------------------------------------------------------------------* * * | $2,489.00 | $0.00 | 2,489.00 |
| 9<br>520 | Celdin N Fajardo<br>4056 N Oketo Ave<br>Norridge, IL 60706 | Priority | History: Details9-104/14/2014Claim #9 filed by Celdin N Fajardo, Amount claimed: $2489.00 (Cox, Adam ) Though claim filed as Celdin the underlying document is for Carlo and is a duplicate of Claim number 2<br>----------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 10<br>520 | Celdin Fajardo<br>4056 N Oketo Ave<br>Norridge, IL 60706 | Priority | History: Details10-104/14/2014Claim #10 filed by Celdin Fajardo, Amount claimed: $829.02 (Cox, Adam ) Though classified as an unsecured claiom is a priority on its face<br>----------------------------------------------------------------------------* * * | $829.02 | $0.00 | 829.02 |
| 3P<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | History: Details3-104/05/2012Claim #3 filed by Illinois Department of Employment Security, Amount claimed: $24318.16 (Cruz, Lourdes )<br>----------------------------------------------------------------------------* * * | $24,098.16 | $0.00 | 24,098.16 |
| 11<br>570 | Internal Revenue Service<br>c/o Kenneth Andersson<br>1138 Sussex Lane<br>Libertyville, IL 60048 | Priority | History: Details11-105/28/2014Claim #11 filed by Internal Revenue Service, Amount claimed: $71707.30 (Whelan, Michael )<br>----------------------------------------------------------------------------* * * | $71,707.30 | $0.00 | 71,707.30 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 7, 2014

**Case Number:** 12-05290-ABG  
**Debtor Name:** KAP GRAPHICS, INC.

Page: 2

**Date:** May 17, 2017  
**Time:** 10:59:33 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13P 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | History: Details13-102/06/2015Claim #13 filed by Illinois Department of Revenue, Amount claimed: $4412.96 (Brand, Erin ) ---* * * | $4,202.91 | $0.00 | 4,202.91 |
| 14 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | History: Details14-102/06/2015Claim #14 filed by Illinois Department of Revenue, Amount claimed: $37.76 (Brand, Erin ) ---* * * | $37.76 | $0.00 | 37.76 |
| 1 610 | Celdin N Fajardo<br>4056 N Oketo Ave<br>Norridge, IL 60706 | Unsecured | History: Details1-102/27/2012Claim #1 filed by Celdin N Fajardo, Amount claimed: $812.00 (Cox, Adam ) ---* * * | $812.00 | $0.00 | 812.00 |
| 3U 610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | History: Details3-104/05/2012Claim #3 filed by Illinois Department of Employment Security, Amount claimed: $24318.16 (Cruz, Lourdes ) ---* * * | $220.00 | $0.00 | 220.00 |
| 4 610 | Fairfield Tax Group Ltd.<br>128 W. St. Charles Road<br>Villa Park, IL 60181 | Unsecured | Claim is unsecured. Claiming possessory lienon books and records | $11,137.50 | $0.00 | 11,137.50 |
| 5 610 | A&H Lithoprint<br>2540 S. 27th Ave.<br>Broadview, IL 60155 | Unsecured | History: Details5-102/18/2014Claim #5 filed by A&H Lithoprint, Amount claimed: $34595.00 (Cox, Adam ) ---* * * | $34,595.00 | $0.00 | 34,595.00 |
| 6 610 | Graphic 14, Inc<br>948 Tower Road<br>Mundelein, IL 60060 | Unsecured | History: Details6-102/21/2014Claim #6 filed by Graphic 14, Inc, Amount claimed: (Cox, Adam ) ---* * * | $0.00 | $0.00 | 0.00 |
| 7 610 | Rickard Circular Folding Company<br>325 North Ashland Avenue<br>Chicago, IL 60607 | Unsecured | History: Details7-103/12/2014Claim #7 filed by Rickard Circular Folding Company, Amount claimed: $16750.00 (Green, Charlie ) ---* * * | $16,750.00 | $0.00 | 16,750.00 |
| 8 610 | GE Capital Information<br>Technology Solutions, Inc<br>Attn: BK Administration,PO Box 13708<br>Macon, GA 31208 | Unsecured | History: Details8-104/14/2014Claim #8 filed by GE Capital Information, Amount claimed: $135810.90 (Cox, Adam ) ---* * * | $135,810.90 | $0.00 | 135,810.90 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 7, 2014

**Case Number:** 12-05290-ABG  
**Debtor Name:** KAP GRAPHICS, INC.

Page: 3

**Date:** May 17, 2017  
**Time:** 10:59:33 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15<br>610 | South Central Bank NA<br>525 W Roosevelt Rd<br>Chicago, IL | Unsecured | Claim allowed pursuant to Court Order Docket Entry #35 | $26,329.83 | $0.00 | 26,329.83 |
| 12<br>620 | Hawley Partners LLC<br>c/o Kovitz Shifrin Nesbit<br>750 West Lake Cook Rd.,Suite 350<br>Buffalo Grove, IL 60089 | Unsecured | History: Details12-107/29/2014Claim #12 filed by Hawley Partners LLC, Amount claimed: $177798.30 (Kapustka, Ronald )<br>-----------------------------------------------------------------------------* * * | $177,798.30 | $0.00 | 177,798.30 |
| 13U<br>620 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Unsecured | History: Details13-102/06/2015Claim #13 filed by Illinois Department of Revenue, Amount claimed: $4412.96 (Brand, Erin )<br>-----------------------------------------------------------------------------* * * | $210.05 | $0.00 | 210.05 |
| **<< Totals >>** | | | | 515,359.63 | 0.00 | 515,359.63 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 12-05290-ABG  
Case Name: KAP GRAPHICS, INC.  
Trustee Name: ILENE F. GOLDSTEIN  

**Balance on hand:**     $ 10,805.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $ 0.00  
Remaining balance:     $ 10,805.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,057.51 | 0.00 | 3,057.51 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3,045.00 | 0.00 | 3,045.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 90.57 | 0.00 | 90.57 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 2,138.82 | 0.00 | 2,138.82 |

Total to be paid for chapter 7 administration expenses:     $ 8,331.90  
Remaining balance:     $ 2,474.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $ 0.00  
Remaining balance:     $ 2,474.06

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $103,364.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Carlo N Fajardo | 2,489.00 | 0.00 | 1,855.91 |
| 3P | Illinois Department of Employment Security | 24,098.16 | 0.00 | 0.00 |
| 10 | Celdin Fajardo | 829.02 | 0.00 | 618.15 |
| 11 | Internal Revenue Service | 71,707.30 | 0.00 | 0.00 |
| 13P | Illinois Department of Revenue | 4,202.91 | 0.00 | 0.00 |
| 14 | Illinois Department of Revenue | 37.76 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 2,474.06
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 225,655.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Celdin N Fajardo | 812.00 | 0.00 | 0.00 |
| 3U | Illinois Department of Employment Security | 220.00 | 0.00 | 0.00 |
| 4 | Fairfield Tax Group Ltd. | 11,137.50 | 0.00 | 0.00 |
| 5 | A&H Lithoprint | 34,595.00 | 0.00 | 0.00 |
| 7 | Rickard Circular Folding Company | 16,750.00 | 0.00 | 0.00 |
| 8 | GE Capital Information | 135,810.90 | 0.00 | 0.00 |
| 15 | South Central Bank NA | 26,329.83 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 178,008.35 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Hawley Partners LLC | 177,798.30 | 0.00 | 0.00 |
| 13U | Illinois Department of Revenue | 210.05 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**