UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                        )
                                              )
**KAP GRAPHICS, INC.**                        )   Bankruptcy Case No. 12-05290 ABG
                                              )   Chapter 7
                                              )
Debtor(s).                                    )

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 19, 2017 I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    KAP GRAPHICS, INC.
    169 N. ARCHER AVENUE
    MUNDELEIN, IL 60060


    ,

    PBG Financial Services Inc
    666 Dunde Road
    Suite 401
    Northbrook, IL 60062

    ILENE F. GOLDSTEIN
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128

    Northbrook, IL 60062

| | |
|---|---|
| 1 | Celdin N Fajardo<br>4056 N Oketo Ave<br>Norridge, IL 60706 |
| 2 | Carlo N Fajardo<br>4056 N Oketo Ave<br>Norridge, IL 60706 |
| 3P | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 |
| 3U | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 |
| 4 | Fairfield Tax Group Ltd.<br>128 W. St. Charles Road<br>Villa Park, IL 60181 |
| 5 | A&H Lithoprint<br>2540 S. 27th Ave.<br>Broadview, IL 60155 |
| 6 | Graphic 14, Inc<br>948 Tower Road<br>Mundelein, IL 60060 |
| 7 | Rickard Circular Folding Company<br>325 North Ashland Avenue<br>Chicago, IL 60607 |
| 8 | GE Capital Information Technology Solutions, Inc<br>Attn: BK Administration, PO Box 13708<br>Macon, GA 31208 |
| 9 | Celdin N Fajardo<br>4056 N Oketo Ave<br>Norridge, IL 60706 |

| | |
|---|---|
| 10 | Celdin Fajardo<br>4056 N Oketo Ave<br>Norridge, IL 60706 |
| 11 | Internal Revenue Service<br>c/o Kenneth Andersson<br>1138 Sussex Lane<br>Libertyville, IL 60048 |
| 12 | Hawley Partners LLC<br>c/o Kovitz Shifrin Nesbit<br>750 West Lake Cook Rd.,Suite 350<br>Buffalo Grove, IL 60089 |
| 13P | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| 13U | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| 14 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| 15 | South Central Bank NA<br>525 W Roosevelt Rd<br>Chicago, IL |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595

Fax: (847) 564-8402