**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-05290 |
| | ) | |
| KAP Graphics, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF FILING

TO:   See Attached Service List

     PLEASE TAKE NOTICE that on **October 17, 2017,** I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois Eastern Division the **TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**, a copy of which is attached hereto and is herewith served upon you.

                                            Ilene F. Goldstein, as Trustee for
                                            the KAP Graphics, Inc.
                                            By:   /s/Ilene F. Goldstein
                                                   One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595

**CERTIFICATE OF SERVICE**

      I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**, on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on October 17, 2017.

                                    /s/ Ilene F. Goldstein
                                      Ilene F. Goldstein

**SERVICE LIST**

**U.S. Trustee**                                                        **Via Court's Electronic Notice for Registrants**
Stephen Wolfe
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**                                                    **Via Court's Electronic Notice for Registrants**

Stuart P. Krauskopf
The Law Offices of Stuart P. Krauskopf, PC
414 N. Orleans Street, Suite 210
Chicago, IL 60654

**Debtor**                                                              **Via First Class Mail**
KAP Graphics, Inc.
169 North Archer Avenue
Mundelein, IL 60060

**Creditor**                                                            **Via First Class Mail**
Celdin N Fajardo
4056 N Oketo Ave
Norridge, IL 60706

**Creditor**                                                            **Via First Class Mail**
Carlo N Fajardo
4056 N Oketo Ave
Norridge, IL 60706

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-05290 |
| | ) | |
| KAP Graphics, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Ilene F. Goldstein, Trustee ("Trustee"), pursuant to 11 U.S.C. § 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1.  KAP Graphics, Inc. ("Debtor"), commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code ("Code") on February 14, 2012.  Ilene F. Goldstein is the duly appointed, qualified and acting Trustee.

2.  On June 12, 2017, the Trustee sent distribution checks via U.S. mail to the Creditors listed on the attached Exhibit "A".  The checks represented the disbursement to the Creditors.   The checks were never negotiated.

3.  The Trustee has used several forms of social media to attempt to distribute the checks but they have been unsuccessful.

4.  More than 90 days has passed since all checks have issued.

5. By reason of the foregoing, Trustee has stopped payment on the distribution checks and has deposited this unclaimed fund by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

        Respectfully submitted,

        By:   /s/ Ilene F. Goldstein
             Ilene F. Goldstein

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
847-562-9595

## EXHIBIT A

**Creditor**                             $618.15

Celdin N Fajardo
4056 N Oketo Ave
Norridge, IL 60706

**Creditor**                             $1,855.91

Carlo N Fajardo
4056 N Oketo Ave

Norridge, IL 60706