# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: KAP GRAPHICS, INC. | § Case No. 12-05290 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $12,938.28 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $12,974.06 | Claims Discharged Without Payment: $507,027.73 |
| Total Expenses of Administration: $10,101.04 | |

3) Total gross receipts of $ 23,075.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $23,075.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,500.00 | $10,500.00 | $10,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,101.04 | 10,101.04 | 10,101.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 108,327.21 | 105,838.21 | 2,474.06 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 403,663.58 | 403,663.58 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $532,591.83 | $530,102.83 | $23,075.10 |

4) This case was originally filed under Chapter 7 on February 14, 2012. The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/27/2017          By: /s/ILENE F. GOLDSTEIN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Outstanding receivables for KAP Graphic, The Bin | 1121-000 | 23,075.10 |
| **TOTAL GROSS RECEIPTS** | | **$23,075.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | South Central Bank | 4210-000 | N/A | 10,500.00 | 10,500.00 | 10,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$10,500.00** | **$10,500.00** | **$10,500.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,057.51 | 3,057.51 | 3,057.51 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 3,045.00 | 3,045.00 | 3,045.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 90.57 | 90.57 | 90.57 |
| Other - PBG Financial Services Inc | 3410-000 | N/A | 2,138.82 | 2,138.82 | 2,138.82 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - The Bank of New York Mellon | 2600-000 | N/A | 34.67 | 34.67 | 34.67 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 40.95 | 40.95 | 40.95 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 41.84 | 41.84 | 41.84 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 46.96 | 46.96 | 46.96 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 45.84 | 45.84 | 45.84 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 41.31 | 41.31 | 41.31 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 48.60 | 48.60 | 48.60 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 44.08 | 44.08 | 44.08 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 42.52 | 42.52 | 42.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.86 | 32.86 | 32.86 |
| Other - INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 19.46 | 19.46 | 19.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.71 | 28.71 | 28.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.68 | 29.68 | 29.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.70 | 32.70 | 32.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.63 | 31.63 | 31.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.52 | 28.52 | 28.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.57 | 33.57 | 33.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.47 | 30.47 | 30.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.84 | 30.84 | 30.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.38 | 35.38 | 35.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.97 | 29.97 | 29.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.28 | 35.28 | 35.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.08 | 33.08 | 33.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.84 | 29.84 | 29.84 |
| Other - INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 22.96 | 22.96 | 22.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.85 | 30.85 | 30.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.98 | 33.98 | 33.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.80 | 31.80 | 31.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.70 | 30.70 | 30.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.89 | 34.89 | 34.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.60 | 30.60 | 30.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.73 | 33.73 | 33.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.62 | 32.62 | 32.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.37 | 28.37 | 28.37 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.68 | 35.68 | 35.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.43 | 31.43 | 31.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.29 | 29.29 | 29.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.43 | 33.43 | 33.43 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 11.91 | 11.91 | 11.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.29 | 31.29 | 31.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.19 | 30.19 | 30.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.27 | 33.27 | 33.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.10 | 20.10 | 20.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.48 | 15.48 | 15.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.05 | 17.05 | 17.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.96 | 15.96 | 15.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.41 | 15.41 | 15.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.51 | 17.51 | 17.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.32 | 15.32 | 15.32 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 5.06 | 5.06 | 5.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.30 | 15.30 | 15.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.38 | 17.38 | 17.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.25 | 15.25 | 15.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.23 | 15.23 | 15.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.30 | 17.30 | 17.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.18 | 15.18 | 15.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.25 | 17.25 | 17.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.66 | 15.66 | 15.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.11 | 15.11 | 15.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.66 | 16.66 | 16.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.59 | 15.59 | 15.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.65 | 16.65 | 16.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.55 | 14.55 | 14.55 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 3.31 | 3.31 | 3.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.08 | 16.08 | 16.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,101.04 | $10,101.04 | $10,101.04 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Carlo N Fajardo | 5400-000 | N/A | 2,489.00 | 2,489.00 | 0.00 |
| 3P | Illinois Department of Employment Security | 5800-000 | N/A | 24,098.16 | 24,098.16 | 0.00 |
| 9 | Celdin N Fajardo | 5400-000 | N/A | 2,489.00 | 0.00 | 0.00 |
| 10 | Celdin Fajardo | 5400-000 | N/A | 829.02 | 829.02 | 0.00 |
| 11 | Internal Revenue Service | 5800-000 | N/A | 71,707.30 | 71,707.30 | 0.00 |
| 13P | Illinois Department of Revenue | 5800-000 | N/A | 4,202.91 | 4,202.91 | 0.00 |
| 14 | Illinois Department of Revenue | 5800-000 | N/A | 37.76 | 37.76 | 0.00 |
| | Clerk of the Court | 5400-000 | N/A | 2,474.06 | 2,474.06 | 2,474.06 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $108,327.21 | $105,838.21 | $2,474.06 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Celdin N Fajardo | 7100-000 | N/A | 812.00 | 812.00 | 0.00 |
| 3U | Illinois Department of Employment Security | 7100-000 | N/A | 220.00 | 220.00 | 0.00 |
| 4 | Fairfield Tax Group Ltd. | 7100-000 | N/A | 11,137.50 | 11,137.50 | 0.00 |
| 5 | A&H Lithoprint | 7100-000 | N/A | 34,595.00 | 34,595.00 | 0.00 |
| 6 | Graphic 14, Inc | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 | Rickard Circular Folding Company | 7100-000 | N/A | 16,750.00 | 16,750.00 | 0.00 |
| 8 | GE Capital Information | 7100-000 | N/A | 135,810.90 | 135,810.90 | 0.00 |
| 12 | Hawley Partners LLC | 7200-000 | N/A | 177,798.30 | 177,798.30 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 12-05290    Doc 51    Filed 11/27/17    Entered 11/27/17 15:30:24    Desc Main
                                Document      Page 7 of 15

| | | | | | | |
|---|---|---|---|---|---|---|
| 13U | Illinois Department of Revenue | 7200-000 | N/A | 210.05 | 210.05 | 0.00 |
| 15 | South Central Bank NA | 7100-000 | N/A | 26,329.83 | 26,329.83 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $403,663.58 | $403,663.58 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-05290  
**Case Name:** KAP GRAPHICS, INC.

**Period Ending:** 11/27/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/14/12 (f)  
**§341(a) Meeting Date:** 03/16/12  
**Claims Bar Date:** 05/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 JP Morgan Chase & Co. - The Bindery Ltd - xxx187<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 2 JP Morgan Chase & Co. - KAP Graphics, Inc. - Pay<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 88.28 | 88.28 | | 0.00 | FA |
| 3 JP Morgan Chase & Co. - KAP Graphics, Inc. - xxx<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 4 JP Morgan Chase & Co. - KAP Tag & Label - xxx403<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 5 Outstanding receivables for KAP Graphic, The Bin<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 150,000.00 | 150,000.00 | | 23,075.10 | FA |
| 6 2002 Chevy Express G3 - 290,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 5 two-stack heavy shelving<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 | | 0.00 | FA |
| 8 25 file cabinets<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 250.00 | 250.00 | | 0.00 | FA |
| 9 Refrigerator<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 50.00 | 50.00 | | 0.00 | FA |
| 10 Soda machine<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 100.00 | 100.00 | | 0.00 | FA |
| 11 9 desktop computers<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 | | 0.00 | FA |
| 12 Miscellaneous office items e.g. adding machines, | 500.00 | 500.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-05290  
**Case Name:** KAP GRAPHICS, INC.

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/14/12 (f)  
**§341(a) Meeting Date:** 03/16/12

**Period Ending:** 11/27/17

**Claims Bar Date:** 05/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 15 | | | | | |
| 13  8 desks, 1 conference room table, and 10 chairs<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 500.00 | 500.00 | | 0.00 | FA |
| 14  8 portable wall dividers<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 200.00 | | 0.00 | FA |
| 15  40-inch power cutter<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16  24 station collater stitcher<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 17  2 36-inch folding machines with right angles<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 18  1 power lift truck<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 200.00 | | 0.00 | FA |
| 19  1 pallet truck<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 200.00 | | 0.00 | FA |
| 20  Shipping equipment<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 350.00 | 350.00 | | 0.00 | FA |
| 21  Binding plastic GBC<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 200.00 | 200.00 | | 0.00 | FA |
| 22  Miscellaneous paper<br>Orig. Asset Memo: Imported from original petition Doc# 15 | 300.00 | 300.00 | | 0.00 | FA |
| 22  Assets  Totals (Excluding unknown values) | **$162,938.28** | **$162,938.28** | | **$23,075.10** | **$0.00** |

Printed: 11/27/2017 03:17 PM    V.13.30

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-05290  
**Case Name:** KAP GRAPHICS, INC.  

**Period Ending:** 11/27/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/14/12 (f)  
**§341(a) Meeting Date:** 03/16/12  
**Claims Bar Date:** 05/07/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE COMPLETED COLLECTING ACCOUNT RECEIVEABLES. THE TRUSTEE SETTLED A SECURED CREDITOR CLAIM WHICH FREED UP ASSETS FOR A DISTRIBUTION. THE TRUSTEE FILED HER TAX RETURNS ON DECEMBER 2, 2015 AND IS WAITING FOR A 505(b) DETERMINATION. THE TRUSTEE IS CLOSING THE ESTATE.

STATUS jANUARY 2017. tHE TRUSTEE DIFFICULTY WITH VARIOUS CHARGES THAT THE TAXING AUTHORITIES OR ATTEMPTING TO MAKE ON THIS ON THIS DEBTOR AND THE ESTATE. tHE TRUSTEE FINALLY AFTER NUMEROUS TIMES HAS CONVINCED THE TAXING AUTHORITIES THAT THE TAXES WERE CORRECTLY FILED AND THERE SHOULD BE NO PENALTIES.

tHE TRUSTEE IS PREPARING HER FINAL REPORT AND ACCOUNT AND SHOULD HAVE THIS ON FILE BY aPRIL 2017

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** June 30, 2017

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-05290  
**Case Name:** KAP GRAPHICS, INC.  

**Taxpayer ID #:** **-***8372  
**Period Ending:** 11/27/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******37-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/26/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 97.00 | | 97.00 |
| 03/26/12 | {5} | Easter Seals Greater Washington-Baltimore Region Inc | ACCOUNTS RECEIVABLE | 1121-000 | 253.00 | | 350.00 |
| 03/26/12 | {5} | Gateway Marketing Interactive | ACCOUNTS RECEIVABLE | 1121-000 | 1,789.80 | | 2,139.80 |
| 03/26/12 | {5} | The University of Chicago | ACCOUNTS RECEIVABLE | 1121-000 | 55.00 | | 2,194.80 |
| 03/26/12 | {5} | Easter Seals Inc | ACCOUNTS RECEIVABLE | 1121-000 | 45.00 | | 2,239.80 |
| 03/26/12 | {5} | Ragan Communications Inc | ACCOUNTS RECEIVABLE | 1121-000 | 542.00 | | 2,781.80 |
| 03/26/12 | {5} | Easter Seals Greater Washington-Baltimore Region Inc | ACCOUNTS RECEIVABLE | 1121-000 | 72.00 | | 2,853.80 |
| 03/26/12 | {5} | The Hartford | ACCOUNTS RECEIVABLE | 1121-000 | 13,911.00 | | 16,764.80 |
| 03/26/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 314.00 | | 17,078.80 |
| 03/26/12 | {5} | De Paul University | ACCOUNTS RECEIVABLE | 1121-000 | 401.00 | | 17,479.80 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 17,454.80 |
| 04/20/12 | {5} | Care Choice Home Health Inc | ACCOUNTS RECEIVABLE | 1121-000 | 156.00 | | 17,610.80 |
| 04/20/12 | {5} | The University of Chicago | ACCOUNTS RECEIVABLE | 1121-000 | 147.00 | | 17,757.80 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.67 | 17,723.13 |
| 05/17/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 952.00 | | 18,675.13 |
| 05/29/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 157.00 | | 18,832.13 |
| 05/29/12 | {5} | DePaul University | ACCOUNTS RECEIVABLE | 1121-000 | 2,175.00 | | 21,007.13 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.95 | 20,966.18 |
| 06/15/12 | {5} | OCE Business Services Inc | ACCOUNTS RECEIVABLE | 1121-000 | 210.00 | | 21,176.18 |
| 06/15/12 | {5} | The University of Chicago | ACCOUNTS RECEIVABLE | 1121-000 | 208.00 | | 21,384.18 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.84 | 21,342.34 |
| 07/17/12 | {5} | The Hartford | ACCOUNTS RECEIVABLE | 1121-000 | 354.30 | | 21,696.64 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.96 | 21,649.68 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.84 | 21,603.84 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.31 | 21,562.53 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.60 | 21,513.93 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.08 | 21,469.85 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.52 | 21,427.33 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 21,427.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,839.10 | 21,839.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,427.33 | |
| | | | **Subtotal** | | 21,839.10 | 411.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,839.10** | **$411.77** | |

{} Asset reference(s)   Printed: 11/27/2017 03:17 PM   V.13.30

Case 12-05290    Doc 51    Filed 11/27/17    Entered 11/27/17 15:30:24    Desc Main
Document      Page 12 of 15

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-05290  
**Case Name:** KAP GRAPHICS, INC.  

**Taxpayer ID #:** **-***8372  
**Period Ending:** 11/27/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,427.33 | | 21,427.33 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.86 | 21,394.47 |
| 02/26/13 | 10101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #12-05290, Bond Number 016026455 | 2300-000 | | 19.46 | 21,375.01 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.71 | 21,346.30 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.68 | 21,316.62 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.70 | 21,283.92 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.63 | 21,252.29 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.52 | 21,223.77 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.57 | 21,190.20 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.47 | 21,159.73 |
| 09/03/13 | {5} | First American Title | Account receivable | 1121-000 | 1,171.00 | | 22,330.73 |
| 09/03/13 | {5} | First American Title | Account Receivable | 1121-000 | 65.00 | | 22,395.73 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.84 | 22,364.89 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.38 | 22,329.51 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.97 | 22,299.54 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.28 | 22,264.26 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.08 | 22,231.18 |
| 02/25/14 | 10102 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-05290, Bond Premium Voided on 03/07/14 | 2300-000 | | 28.45 | 22,202.73 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.84 | 22,172.89 |
| 03/07/14 | 10102 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-05290, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -28.45 | 22,201.34 |
| 03/07/14 | 10103 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-05290, Bond Premium Voided on 03/10/14 | 2300-000 | | 22.96 | 22,178.38 |
| 03/10/14 | 10103 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-05290, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -22.96 | 22,201.34 |
| 03/10/14 | 10104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 22.96 | 22,178.38 |

Subtotals : $22,663.33 $484.95

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-05290 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | KAP GRAPHICS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5666 - Checking Account |
| Taxpayer ID #: | **-***8372 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/27/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | BALANCE AS OF 03/10/2014 FOR CASE #12-05290, Bond Premium | | | | |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.85 | 22,147.53 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.98 | 22,113.55 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.80 | 22,081.75 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.70 | 22,051.05 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.89 | 22,016.16 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.60 | 21,985.56 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.73 | 21,951.83 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.62 | 21,919.21 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.37 | 21,890.84 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.68 | 21,855.16 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.43 | 21,823.73 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.29 | 21,794.44 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.43 | 21,761.01 |
| 04/03/15 | 10105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #12-05290, Bond | 2300-000 | | 11.91 | 21,749.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.29 | 21,717.81 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.19 | 21,687.62 |
| 06/08/15 | 10106 | South Central Bank | Settlement of Secured Claim | 4210-000 | | 10,500.00 | 11,187.62 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.27 | 11,154.35 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.10 | 11,134.25 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.48 | 11,118.77 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.05 | 11,101.72 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.96 | 11,085.76 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.41 | 11,070.35 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.51 | 11,052.84 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 11,037.52 |
| 02/22/16 | 10107 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #12-05290 | 2300-000 | | 5.06 | 11,032.46 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.30 | 11,017.16 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.38 | 10,999.78 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.25 | 10,984.53 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.23 | 10,969.30 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.30 | 10,952.00 |

Subtotals :  $0.00   $11,226.38

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 12-05290 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | KAP GRAPHICS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5666 - Checking Account |
| Taxpayer ID #: | **-***8372 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/27/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.18 | 10,936.82 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.25 | 10,919.57 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.66 | 10,903.91 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.11 | 10,888.80 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.66 | 10,872.14 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.59 | 10,856.55 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.65 | 10,839.90 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.55 | 10,825.35 |
| 03/02/17 | 10108 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290 Voided on 03/02/17 | 2300-000 | | 3.31 | 10,822.04 |
| 03/02/17 | 10108 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290 Voided: check issued on 03/02/17 | 2300-000 | | -3.31 | 10,825.35 |
| 03/02/17 | 10109 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290 Voided on 03/02/17 | 2300-000 | | 3.31 | 10,822.04 |
| 03/02/17 | 10109 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290 Voided: check issued on 03/02/17 | 2300-000 | | -3.31 | 10,825.35 |
| 03/02/17 | 10110 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-05290, Bond | 2300-000 | | 3.31 | 10,822.04 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.08 | 10,805.96 |
| 06/12/17 | 10111 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,057.51, Trustee Compensation; Reference: | 2100-000 | | 3,057.51 | 7,748.45 |
| 06/12/17 | 10112 | PBG Financial Services Inc | Dividend paid 100.00% on $2,138.82, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,138.82 | 5,609.63 |
| 06/12/17 | 10113 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $3,045.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,045.00 | 2,564.63 |
| 06/12/17 | 10114 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $90.57, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 90.57 | 2,474.06 |
| 06/12/17 | 10115 | Carlo N Fajardo | Dividend paid 74.56% on $2,489.00; Claim# 2; Filed: $2,489.00; Reference: | 5400-000 | | 1,855.91 | 618.15 |

Subtotals :    $0.00    $10,333.85

{} Asset reference(s)    Printed: 11/27/2017 03:17 PM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 12-05290 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | KAP GRAPHICS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5666 - Checking Account |
| Taxpayer ID #: | **-***8372 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/27/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Stopped on 10/18/17 | | | | |
| 06/12/17 | 10116 | Celdin Fajardo | Dividend paid 74.56% on $829.02; Claim# 10; Filed: $829.02; Reference: Stopped on 10/18/17 | 5400-000 | | 618.15 | 0.00 |
| 10/18/17 | 10115 | Carlo N Fajardo | Dividend paid 74.56% on $2,489.00; Claim# 2; Filed: $2,489.00; Reference: Stopped: check issued on 06/12/17 | 5400-000 | | -1,855.91 | 1,855.91 |
| 10/18/17 | 10116 | Celdin Fajardo | Dividend paid 74.56% on $829.02; Claim# 10; Filed: $829.02; Reference: Stopped: check issued on 06/12/17 | 5400-000 | | -618.15 | 2,474.06 |
| 10/18/17 | 10117 | Clerk of the Court | Unclaimed Funds | 5400-000 | | 2,474.06 | 0.00 |
| | | | ACCOUNT TOTALS | | 22,663.33 | 22,663.33 | $0.00 |
| | | | Less: Bank Transfers | | 21,427.33 | 0.00 | |
| | | | **Subtotal** | | 1,236.00 | 22,663.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $1,236.00 | $22,663.33 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******37-66** | 21,839.10 | 411.77 | 0.00 |
| **Checking # ******5666** | 1,236.00 | 22,663.33 | 0.00 |
| | $23,075.10 | $23,075.10 | $0.00 |

{} Asset reference(s)